1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant ANTHONY FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 91-0195 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING |
| | ) | REVOCATION AND DISPOSITION |
| | ) | |
| ANTHONY FORD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the revocation and disposition date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, August 8, 2008, at 9:00 a.m. The reason for the request is that defense counsel will be out of the office and unavailable on July 11, 2008 and would like to be present during the revocation and disposition hearing. In addition, government counsel will be unavailable from July 17 through August 4, 2008. Should the Court continue the matter to August 8, 2008, it will allow defense counsel to continue with its investigation and for both counsel to be present at the hearing. There does not need to be an exclusion of time from the Speedy Trial Act, 18

*U S v. Anthony Ford*, CR 91-0195 DLJ
Stip. Continuing Revocation & Disposition         - 1 -

1  U.S.C. §§ 3161, because this is a supervised release violation matter to which the Act does not
2  apply.
3
4
5                                              /S/
   DATED: July 8, 2008         _____
6                              JOYCE LEAVITT
7                              Assistant Federal Public Defender
8
9                                              /S/
   DATED: July 8, 2008         _____
10
                               CHINHAYI COLEMAN
11                             Assistant United States Attorney
12
       I hereby attest that I have on file all holographed signatures for any signatures indicated by a
13  conformed signature "/s/" within this e-filed document.
14

15                                    **ORDER**
16
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the revocation and disposition
17
   date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen,
18
19  may be continued to Friday, August 8, 2008, at 9:00 a.m.

20     SO ORDERED.

21
22  DATED: July 9, 2008         _____
23                              HONORABLE D. LOWELL JENSEN
                                United States District Judge
24
25
26

*U S v. Anthony Ford*, CR 91-0195 DLJ
Stip. Continuing Revocation & Disposition         - 2 -