# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTHONY R. FORD | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-91-00195-001 DLJ<br>BOP Case Number: DCAN491CR000195-001<br>USM Number: 86150-011<br>Defendant's Attorney: Joyce Leavitt |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>Charges One and Two of the Petition filed on 5/8/08 regarding the</u> term of supervision.

[ ]  was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| Charge One | Violation of standard condition to not violate any federal, state or local laws. | 4/29/08 |
| Charge Two | Violation of standard condition number three to follow instructions of probation officer. | 4/29/08 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

<u>August 8, 2008</u>
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

<u>Honorable D. Lowell Jensen, U. S. District Judge</u>
Name & Title of Judicial Officer

<u>August 12, 2008</u>
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | ANTHONY R. FORD | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-91-00195-001 DLJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  4 months .

**Immediately following release from prison the defendant is to serve 4 months in a halfway house on supervised release term. No term of supervised release imposed following defendant's completion of the 4 months in halfway house.**

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy United States Marshal