AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA

v.

ANTHONY R. FORD

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-91-00195-001 DLJ
BOP Case Number: DCAN491CR000195-001
USM Number:
Defendant's Attorney :Joyce Leavitt

**THE DEFENDANT:**

[x]   admitted guilt to violation of condition(s) <u>Charges 1-3 of the Petition filed 11/4/08 regarding the</u> term of supervision.

[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| <u>Violation Number</u> | <u>Nature of Violation</u> | Date Violation<br>Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 23, 2009
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

January 28, 2009
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT: ANTHONY R. FORD                                           Judgment - Page 2 of 3
CASE NUMBER:     CR-91-00195-001 DLJ

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | Violation of condition of his revocation sentence that he reside full time at a residential reentry center for period of four months. | 10/6/08 |
| Charge Two | Violation of condition of his revocation sentence that he reside full time at a residential reentry center for a period of four months. | 10/21/08 |
| Charge Three | Violation of standard condition number eight that he shall not purchase, possess, use, distribute, or administer any controlled substance, except as prescribed by the physician. | 10/17/08 |

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT:     ANTHONY R. FORD | Judgment - Page 3  of  3 |
| CASE NUMBER:     CR-91-00195-001 DLJ | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  60 days  .

No term of supervised release imposed following term of imprisonment.

[**x**]     The Court makes the following recommendations to the Bureau of Prisons:
that the defendant be designated to a federal facility.

[ ]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

    [ ]  at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[**x**]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [**x**] before12:00 noon  on  2/17/09 .
    [**x**] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

Deputy United States Marshal